COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:     01-12-00902-CR and 01-12-00903-CR

Trial Court Cause
Number:     1271999 and 1272000

Style:     Michael Gregory Petty

**v** The State of Texas

Date motion filed[*]:     June 10, 2013

Type of motion:     Extension of Time to File Appellant's Brief

Party filing motion:     Appellant

Document to be filed:     Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

    Original due date:     February 7, 2013

    Number of previous extensions granted:     3; most recent due date June 10, 2013

    Date Requested:     June 25, 2013

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due:  June 25, 2013

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐   Other: _____

Judge's signature: /s/ Laura C. Higley
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: June 17, 2013